IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RANDY DWAYNE ROSS<br><br>*Petitioner,*<br><br>v.<br><br>LESLIE FLEMING<br><br>*Respondent.* | CIVIL NO. 6:13–cv–00034<br><br>FINAL ORDER<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that:

1. Respondent's motion to dismiss (docket no. 9) is **DENIED**;

2. The writ of habeas corpus is **GRANTED**;

3. Unless the Commonwealth decides to resentence Petitioner on his two life sentences within a reasonable time, not to exceed six (6) months, Respondent is directed to release Petitioner.

The Clerk is directed to strike this case from the Court's active docket and send copies of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 16th day of June, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE